**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
LUIS ARROYO, :
:
                      Petitioner, :      17-CV-4858 (AJN) (OTW)
:
    -against- :               **ORDER**
:
SUPERINTENDENT LEROY FIELDS, :
:
                      Respondent. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Respondent states it "has provided the Court with copies of the transcripts from petitioner's pretrial suppression hearing, trial, sentencing, and resentencing in New York County Supreme Court." (ECF 27 at 3). These transcripts are not filed on the docket. Accordingly, **by September 4, 2020**, Respondent shall file all transcripts on the docket.

The Clerk of Court is respectfully directed to mail a copy of this Order on the *pro se* Petitioner.

**SO ORDERED.**

                                                                  *s/ Ona T. Wang*

Dated: August 28, 2020                                        **Ona T. Wang**
       New York, New York                      United States Magistrate Judge