# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Arroyo,

                              Petitioner,         17 **CIVIL** 4858 (AJN)

        -against-                      **JUDGMENT**

Fields,

                              Respondent.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 8, 2021, the Court does not adopt the Report & Recommendation and will instead transfer the Petitioner's § 2254 petition to the Second Circuit, and this the case is closed.

**DATED:** New York, New York
              June 8, 2021

                                                **RUBY J. KRAJICK**
                                                   Clerk of Court
                                   **BY:**
                                                     **Deputy Clerk**